FILED
CLERK, U.S. DISTRICT COURT

FEB - 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

    vs.

Jessica Delgado

          Defendant.

Case No.: 8:25-CR-0249-DOC

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___C.D. Cal.___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___instant allegations, e.g.,___ ___substance abuse + removing GPS monitor ; no viable surety___

and/or

B.    (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _substance abuse; criminal history_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED:  __2/4/26__                           _____
                                                                    KAREN E. SCOTT
                                                                    UNITED STATES MAGISTRATE JUDGE